**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ENKI RODRIGUEZ,

                Plaintiff,

-against-                              25 **CIVIL** 1967 (LLS)

## **JUDGMENT**

UNITED STATES POSTAL SERVICE OF
AMERICA,
                Defendant.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 29, 2025, the Court has dismissed this action as frivolous. *See* 28 U.S.C. § 1915(e)(2)(B)(i).

**Dated:** New York, New York

        July 31, 2025

                                                **TAMMI M. HELLWIG**
                                                **Clerk of Court**

                      **BY:**        K. Mango

                                                  **Deputy Clerk**